THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS LITTLE, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for extension of time within which to perfect appeal denied as unnecessary. Motion for assignment of counsel denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER LYNN MOORE, Appellant.— Application for leave to prosecute appeal upon the original record and five typewritten copies of the brief granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

JOHN BONI, Appellant, v. BERT W. FARRELL et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAM HILL, Appellant.— Motion to dismiss appeal denied, without prejudice. Defendant-appellant's time to perfect appeal is extended 90 days from the date of this decision. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED C. RAKER, Appellant.— Motion to dismiss appeal denied, without prejudice. Defendant-appellant's time to perfect the appeal is extended for a period of 90 days from the date of this decision. If defendant-appellant desires the assignment of counsel he should make application therefor. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SIMONETTI, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal as a poor person denied. Motion for assignment of counsel denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of EDWARD WENNICK, Appellant, against MORRIS BLANK-SEFKO CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of ESTEBAN CERDAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CUTHBERT EASTMAN, Defendant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application, in all other respects, denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of LOUIS VENEZIA, Appellant, against PAUL D. McGINNIS et al., Constituting the Commission of Correction of the State of New York, et al., Respondents.—Motion for leave to prosecute appeal as a poor person granted, and Miss Frances Kahn, attorney at law, is assigned as counsel to prosecute appeal for petitioner-appellant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.